IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                  Cr. No. 16-10044-STA

CORY GENTRY

    Defendant.

---

**ORDER**

---

Upon the Agreed Motion of the Defendant and the United States Attorney to Continue the October 13, 2017 sentencing date;

IT IS HEREBY ORDERED that the Defendant's sentencing date be and hereby is continued to Monday, October 23, 2017 at 9:00 a.m.

                                              s/S. Thomas Anderson
                                              S. THOMAS ANDERSON
                                              CHIEF UNITED STATES DISTRICT JUDGE

                                              Date: September 25, 2017